# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>KEN STERLING,<br>GREG MULLIGAN,<br>MECHELE MUTCH,<br>ANDREW MOON and<br>HOWARD GOWEN | CRIMINAL NO. 3:19-CR-____ (CAR)<br><br>VIOLATION(S):<br><br>21 USC § 846 i/c/w<br>21 USC § 841(a)(1)<br>21 USC § 841(b)(1)(A)(viii)<br>21 USC § 841(b)(1)(C)<br>18 USC § 2 |

THE GRAND JURY CHARGES:

## COUNT ONE

### (CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

That on or about August 1, 2015 to May 1, 2018, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**KEN STERLING, GREG MULLIGAN, MECHELE MUTCH, ANDREW MOON and HOWARD GOWEN,**

defendants herein, did knowingly and intentionally conspire with each other and with William Fain and Angela Fain, not indicted herein, and others both known and unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, to-wit: methamphetamine, in an amount over fifty (50) grams, all in violation of Title 21, United States Code, Section 846 in connection with Title 21, United States Code, Sections 841(a)(1); (b)(1)(A)(viii) .

## COUNT TWO

### (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

That on or about September 3, 2015, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**KEN STERLING, ANDREW MOON and HOWARD GOWEN,**

defendants herein, aided and abetted by other persons, known and unknown to the Grand Jury, did

knowingly and intentionally possess with intent to distribute of a Schedule II controlled substance, to-wit: methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C); and Title 18, United States Code, Section 2.

## COUNT THREE

### (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

That on or about March 9, 2018, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**GREG MULLIGAN and MECHELE MUTCH,**

defendants herein, aided and abetted by other persons, known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute of a Schedule II controlled substance, to-wit: methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18 Section 2.

## COUNT FOUR

### (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

That on or about March 14, 2018, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**GREG MULLIGAN and MECHELE MUTCH,**

defendants herein, aided and abetted by other persons, known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute of a Schedule II controlled substance, to-wit: methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18 Section 2.

## COUNT FIVE

### (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

That on or about March 28, 2018, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

## KEN STERLING,

defendant herein, aided and abetted by persons, known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute of a Schedule II controlled substance, to-wit: methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18 Section 2.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

CHARLES E. PEELER
UNITED STATES ATTORNEY

TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 11 day of June, AD 2019.

Deputy Clerk