***UNITED STATES DISTRICT COURT***
***FOR THE MIDDLE DISTRICT OF GEORGIA***
***ATHENS  DIVISION***
***AT MACON, GEORGIA***



## MINUTE SHEET
## OF COURT PROCEEDINGS

Date:  July 15, 2019

Type of Hearing:    IA/Arrg/Det/Plea Hearings

Courtroom E

Judge: CHARLES H. WEIGLE

Court Reporter/Tape #:    FTR Gold 3:01 p.m.

Courtroom Deputy:  Cheryl M. Alston

Interpreter:  N/A

*Case Number:  3:19-CR-00026-001-CAR-CHW*

UNITED STATES OF AMERICA

AUSA:  Tamara A. Jarrett

    vs.

KEN STERLING

Counsel:  John J. McArthur, CJA

Agents/Experts in attendance:  Donald Allen, USPO

***DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.***

### I.   *INITIAL APPEARANCE/ARRAIGNMENT*

*Time in Court:  6 minutes*

☐ Dft attorney not present.

☒ Dft advised of charges, rights, and maximum possible penalties.

☐ Dft refused to enter plea, NOT GUILTY plea entered by the Court.

☐ **Initial Appearance Only.**
☐ **Arraignment Only.**
☒ **Both Initial Appearance and Arraignment.**

☒ Standard Pre-trial Order to be e-filed.

☐ Notice to retain counsel of Local Rules re: 14 day ddl

☒ Other:  Court appointed attorney for Defendant

### II.  *BOND/DETENTION*

*Time in Court:  1 minute*

**Government Motion for Detention:**
☐ Granted   ☐ Denied
   ☐ Order to follow

☐ Bond set at $
   Type: ☐ Own Recognizance
       ☐ Unsecured
       ☐ Fully Secured
       ☐ Secured by

**Conditions of Release:**
Standards Conditions

☐ Bond Supervision
☐ House Arrest
☐ Surrender Passport
☐ No Firearms
☐ Drug / Alcohol Testing / Treatment
☐ Electronic Monitoring
☐ Travel Restricted to:

NO Unlawful possession of narcotic drugs or controlled substances

**Detention Hearing:**
Continued to:  July 18, 2019 at 2:30 pm
Upon motion of ☐ Govt  ☒ Deft

☐ Temporary detention Ordered pending
   hearing
☐ Detention Ordered pending trial

Other:  Defendant will remain in custody of USMS pending hearing.

**MINUTE SHEET OF COURT PROCEEDINGS** (Cont'd)
*Case Number:   3:19-CR-00026-001-CAR-CHW*

*IV.*   <u>*PLEA*</u>                                                    *Time in Court:   1 minute*

☒ Entered at time of Initial Appearance                    ☒ NOT GUILTY plea entered by dft in writing

☐ GUILTY plea entered by Dft                                   ☐ Jury trial demanded

☐ Consent to proceed before Magistrate Judge filed    ☐ Right to 30 days to prepare for trial:

☒ Plea accepted by Court                                              ☐ Waived      ☐ Demanded

☐ Dft to furnish background info to USPO                  ☐ Change of Plea of NOT GUILTY entered:

☐ Dft. To pay MCA of $                                                  on:

☐ Plea NOT accepted by Court

Other: