IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>KEN STERLING,<br><br>Defendant. | CASE NO. 3:19-cr-00026-CAR-CHW |

## P L E A

I, KEN STERLING having been advised of my Constitutional rights and having had the charges herein stated to me in open court, plead NOT GUILTY to the Indictment in open court, this 15th day of July, 2019.

_____
KEN STERLING
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

_____
TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY