IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | CASE NO.: 3:19-CR-00026-CAR-CHW-1 |
| KEN STERLING, | * | |
| | * | |
| Defendant. | * | |

**DEFENDANT'S REQUEST FOR DISCOVERY**

KEN STERLING, Defendant herein, through his undersigned attorney, comes now pursuant to the Federal Rules of Criminal Procedure; and Local Rules of this Court and requests discovery from the Government as follows:

1.

Defendant hereby requests the Government to disclose to Defendant and to make available for inspection, copying and photographing, as soon as practicable, any statement of Defendant, as described by F.R.C.P. 16(a)(1)(A); any copy of Defendant's prior criminal record, if any, as described by F.R.C.P. 16(a)(1)(B); any documents or tangible objects, as described in F.R.C.P. 16(a)(1)(C); reports of any examinations and tests, as described in F.R.C.P. 16(a)(1)(D); and written summaries of any anticipated testimony of expert witnesses, as described in F.R.C.P. 16(a)(1)(E). The Government is expected to comply with the provisions of F.R.C.P. 16(c), should the Government discover any additional evidence or material previously requested or ordered, that is subject to discovery or inspection under F.R.C.P. 16.

1

2.

Defendant further requests the Government to provide, as soon as reasonably possible, exculpatory or otherwise favorable evidence that may be material either to Defendant's guilt or to any punishment (should Defendant be convicted herein), as contemplated by Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972); and their progeny.

3.

Defendant further requests the Government to disclose any information that may or could be useful to Defendant in impeaching the credibility of any Government witness or any non-witness declarant whose statement the Government anticipates offering into evidence. Defendant requests that this impeaching information be provided to Defendant in accordance with the rules and practices of this Court and in such time that Defendant may utilize such impeaching information in the defense herein.

4.

Defendant further requests the Government to disclose to Defendant, as soon as reasonably possible, full and complete information regarding any understanding or agreement as to future prosecution of, or sentencing recommendations for, any witness for the Government, as required by the provisions of the Fifth and Sixth Amendments to the United States Constitution; Giglio v. United States, 405 U.S. 150 (1972); Smith v. Kemp, 715 F. 2d 1459 (11th Circuit); their progeny; and other applicable law. Specifically, Defendant requests that the Government provide full

and complete disclosure regarding any prosecution, agreement or understanding regarding sentencing recommendations, or any other facts that might motivate testimony from other persons herein; and any unindicted alleged co-conspirator of Defendant herein.

5.

Defendant further requests that the Government disclose voluntarily and, if it does not do so, Defendant moves the Court for an order to require such disclosure, a list of all persons whom the Government may call to testify at trial herein, together with addresses and telephone numbers of their residences and employment; dates of birth; social security numbers; and such other information as necessary to identify such persons. It is important and necessary for Defendant to obtain such information as soon as possible so that Defendant and counsel may prepare adequately for trial; otherwise, Defendant will be deprived of the right to due process of law guaranteed to him by the Fifth and Sixth Amendments to the United States Constitution. Specifically, several other persons have been indicted, separately from Defendant, for similar offenses, all of which arose from the same investigation. Unless Defendant is informed of any such persons who may have provided information to the government herein, Defendant cannot defend himself against these charges.

6.

Defendant further requests the Government provide counsel with any statements made by Defendant or other persons that might be used against Defendant herein.

7.

Defendant further requests that the Government provide to counsel information regarding any documents, information, or other evidence obtained by the Government from any search or seizure of any other person in connection with the investigation from which the instant charges arose ("the investigation") or from any search of any buildings, vehicles, dwellings, or premises of any other person in the investigation as well as any evidence that resulted from any such search or seizure, or any other evidence or statements that may be subject to a motion to suppress.

8.

Pursuant to Federal Rule of Evidence 404(b), Defendant requests the Government to provide reasonable notice in advance of trial of the general nature of any evidence of other crimes, wrongs, or acts of Defendant that the Government intends to attempt to introduce at trial. Further, Defendant requests the Government to furnish full information regarding any evidence of any transactions or conduct of any other person in the investigation herein or any alleged unindicted co-conspirator that is not the subject matter of the instant indictment but that the

Government may intend to offer as evidence to show motive; opportunity; intent; preparation; plan; knowledge; identity; or absence of mistake or accident.

9.

Defendant further requests the Government to provide full and complete information regarding any surveillance, by any means, conducted, or any audiotapes or videotapes recorded during investigation of activity that resulted in the instant indictment.

10.

Defendant's requests are intended to require the production and disclosure of all documents; records; and information in any medium or format to the fullest extent possible and, at the earliest time possible, under the United States Constitution; applicable decisions of various Courts; applicable statutes; the Federal Rules of Civil Procedure; the Federal Rules of Evidence; the Local Rules of this Court; and other applicable laws and rules.

WHEREFORE, Defendant requests the Government disclose the information described hereinabove voluntarily and, if it does not do so, that the Court order such disclosure.

MCARTHUR & MCARTHUR, P.A.

P. O. Box 893  
Athens, GA 30603  
706-353-7736  
john@mcarthurlaw.net

By: /s/ John Jay McArthur  
JOHN JAY MCARTHUR  
Georgia Bar No. 480725  
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| v. | * | |
| | * | CASE NO.: 3:19-CR-00026-CAR-CHW-1 |
| KEN STERLING, | * | |
| | * | |
| Defendant. | * | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing Defendant's Request for Discovery upon the Government by electronically transmitting a copy thereof to Hon. Tamara Jarrett, Assistant United States Attorney, Middle District of Georgia, to tamara.jarrett@usdoj.gov.

This 16th day of July, 2019.

/s/ John Jay McArthur
JOHN JAY MCARTHUR