AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

United States of America
v.

KEN STERLING
*Defendant*

Case No. 3:19-CR-00026-001(CAR)

1920 0612 16952
Fid 10906159
USMS 01286-120

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   KEN STERLING ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute Methamphetamine
Possession with Intent to Distribute Methamphetamine

Date:   June 12, 2019

s/ Gail G. Sellers
*Issuing officer's signature*

City and state:   Athens, Georgia

Gail G. Sellers, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 06-12-19 , and the person was arrested on *(date)* 7-12-19
at *(city and state)* Winterville, GA .

Date: 7-15-19

Bradley E. Wood
*Arresting officer's signature*

Bradley E. Wood   DUSM
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   KEN STERLING

Known aliases: _____

Last known residence:   , 

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: 

Last known telephone numbers: _____

Place of birth: _____

Date of birth:

Social Security number: _____

Height:                                              Weight:

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks:



History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: _____

Complete description of auto:

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:



Date of last contact with pretrial services or probation officer *(if applicable)*: _____