IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * |
| | * CASE NO.: 3:19-CR-00026-CAR-CHW-1 |
| **KEN STERLING,** | * |
| | * |
| **Defendant.** | * |

MOTION TO DETERMINE MENTAL COMPETENCY
OF DEFENDANT KEN STERLING

Undersigned counsel for Defendant **Ken Sterling** moves the Court, pursuant to 18 U.S.C. §4241, *et seq.,* for a determination of Defendant Ken Sterling's mental competency, and shows the Court the following:

1.

Defendant Ken Sterling is charged, along with co-defendants, with various drug offenses.

2.

18 U.S.C. § 4241 provides, in pertinent part: "At any time after the commencement of a prosecution for an offense, ... the defendant … may file a motion for a hearing to determine the mental competency of the defendant.  The court shall grant the motion, … if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceeding against him or to assist properly in his defense."

3.

Undersigned counsel has serious concerns about Defendant Ken Sterling's mental competency for the reasons set forth below and, accordingly, this issue is brought to the Court.

4.

Defendant Ken Sterling has a history of psychiatric problems that have resulted in recent years in lengthy hospitalizations for examination and treatment, both at Georgia Regional Hospital in Savannah, Georgia and at East Central Regional Hospital in Augusta, Georgia.

5.

Defendant Ken Sterling has been diagnosed with schizoaffective disorder and bi-polar disorder and he has been administered anti-psychotic medications.

6.

A family member reported that Defendant Ken Sterling has been addicted to drugs for some time and that, around ten years ago, his mental health issues became much more serious and obvious after his continued abuse of methamphetamine.

7.

Defendant Ken Sterling has communicated with undersigned counsel through email correspondence while incarcerated at the Butts County jail. While counsel declines to divulge in detail the contents of those emails to preserve the confidentiality of attorney-client communications, suffice it to say they comprise

delusional and grandiose rantings and illustrate that Defendant Ken Sterling is unable to consult with counsel or to understand the nature and consequences of this case and to assist in his defense.

8.

Although Defendant Ken Sterling does not agree that he is mentally incompetent to stand trial, counsel has an obligation to bring this matter to the attention of the Court through this motion, notwithstanding Defendant's objection. *U. S. v. Boigegrain, 155 F.3d 1181 (10th Cir. 1998); Bundy v. Dugger, 816 F.2d 564 (11th Cir. 1987). See also ABA Standards for Criminal Justice, Standard 7-4.1, et seq*.

9.

Undersigned counsel requests that the psychiatric or psychological examination of Defendant Ken Sterling contemplated by 18 U.S.C. §4241(b) be ordered and that a report be prepared and filed with the Court, pursuant to 18 U.S.C. § 4247(b) and (c), with appropriate proceedings subsequently.

**WHEREFORE** undersigned counsel respectfully moves the Court for an order, as aforesaid, and for such other and further relief as may be appropriate.

RESPECTFULLY SUBMITTED, this 6th day of January, 2020.

                                          MCARTHUR & MCARTHUR, P.A.

| | |
|---|---|
| P. O. Box 893 | By:   /s/ John Jay McArthur |
| Athens, GA 30603 | JOHN JAY MCARTHUR |
| 706-353-7736 | Georgia Bar No. 480725 |
| john@mcarthurlaw.net | Attorney for Ken Sterling |

3

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * |
| | * **CASE NO.: 3:19-CR-00026-CAR-CHW-1** |
| **KEN STERLING,** | * |
| | * |
| Defendant. | * |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing Motion to Determine Mental Competency of Defendant Ken Sterling upon the Government by electronically transmitting a copy thereof to Hon. Tamara A. Jarrett, Assistant United States Attorney, Middle District of Georgia, to tamara.jarrett@usdoj.gov.

This 6th day of January, 2020.

/s/ John Jay McArthur
JOHN JAY MCARTHUR

4