IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | No. 3:19-CR-26-CAR-CHW-1 |
| **KEN STERLING,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER ON UNOPPOSED MOTION FOR CONTINUANCE

Before the Court is Defendant Ken Sterling's Unopposed Motion for Continuance [Doc. 184] of the pretrial hearing in this case presently scheduled for December 15, 2020, and the trial, which is set to begin on January 11, 2020, in Athens, Georgia. On June 11, 2019, the Grand Jury returned a multi-defendant, multi-count indictment charging Defendant with one count of conspiracy to possess with intent to distribute methamphetamine and two counts of possession with intent to distribute methamphetamine. On July 15, 2019, Defendant was appointed counsel and pled not guilty at his arraignment. He is currently detained pending trial. The Court has previously continued this case, and the Government does not oppose Defendant's current request for a continuance.

In the instant Motion, defense counsel represents that Defendant's mental competency to stand trial has been evaluated, and Defendant is still receiving treatment and further evaluation. Thus, defense counsel needs additional time to ensure Defendant

is ready for trial. Having considered the matter, the Court finds it serves the ends of justice to grant a continuance for Defendant and his counsel to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion for Continuance [Doc. 184] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until March 1, 2021, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 8th day of December, 2020.

                                                        s/C. Ashley Royal
                                                 C. ASHLEY ROYAL, SENIOR JUDGE
                                                 UNITED STATES DISTRICT COURT