OFFICIAL NOTICE TO:

RECNO: 210413AM1030MDG7-ATH

CLERK OF COURT U.S.D.C. ATHENS

DATE: APR. 5TH 2021    3:19-CR-26

PLEASE PROVIDE CASE #, DOCKET # AND PRESIDING JUDGE IN THE MATTER OF NAME OF "KEN STERLING" FED. REG. NO. 01286120

PLEASE ADVISE JUDGE OF COMPETENCY HEARING TO WAIT 30 DAYS BEFORE MAKING ANY RULINGS ON "COMPETENCY RESTORATION" REPORT OF DR. GROVER AS I "KEN STERLING", HAVE UPCOMING INTERVIEWS WITH LT. MOLL AND DR. STRIBLING-RILEY THIS WEEK REGARDING DR. GROVER'S REPORT, WHICH MAY CHANGE HER FINDINGS/OPINION...

FURTHER, IT IS CRITICAL THAT THE COURT PROCURE AND REVIEW ALL EMAIL CORRESPONDENCE BETWEEN "KEN STERLING" FROM BUTT'S (GEORGIA) CO. JAIL TO ATTORNEY JOHN JAY MACARTHUR AS THE EMAILS WILL REVEAL BAR PROCEDURAL RULE VIOLATIONS AND DELIBERATE FRAUD. MACARTHUR'S CLAIM OF "RANTINGS OF A MADMAN" AND "ATTORNEY CLIENT PRIVILEDGE" BEING TACTICS TO HIDE FROM COURT THEIR CONTENT WHICH WILL VALIDATE MY CLAIMS.

RESPECTFULLY,

P.S. PLEASE RETURN 'STAMPED FILED COPY' POSTAGE STAMP ~~POST-PAID ENVELOPE~~ ENCLOSED

Kade Alexander

"KEN STERLING"
01286120
FMC PO BOX 1600 BUTNER NC
27509