Kane Alexander
Name: Strunk  Number: 01286612C
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
9 APR 2021  PM 2  L



Legal Mail

Clerk of Court
US District Court Athens
PO Box 1106
Athens GA 30601

30603-110606

OFFICIAL NOTICE

