### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| vs. | : | **CASE NO. 3:19-CR-26 (TES)** |
| **KEN STERLING** | : | |
| Defendant. | : | |

### MOTION TO DISMISS INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Middle District of Georgia hereby dismisses the Indictment against:

**KEN STERLING,**

REASON: The Defendant remains incompetent to stand trial due to his refusal to take the medication necessary to restore him to competency. The Government's interest in prosecuting the Defendant's case does not rise to the level required to request the Court order involuntary medication of the Defendant.

Respectfully submitted this 14th day of April, 2023.

                                                    PETER D. LEARY
                                                  UNITED STATES ATTORNEY

BY:   *s/ TAMARA A. JARRETT*
          Tamara A. Jarrett
          Georgia Bar No. 389629
          Assistant United States Attorney
          United States Attorney's Office
          Middle District of Georgia
          Post Office Box 1702
          Macon, Georgia 31202
          Telephone: (478) 752-3511
          Email: tamara.jarrett@usdoj.gov

**CERTIFICATE OF SERVICE**

I, TAMARA A. JARRETT, Assistant United States Attorney, hereby certify that I electronically filed the within and foregoing *Motion to Dismiss Indictment* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

This 14th day of April, 2023.

                                                PETER D. LEARY
                                                UNITED STATES ATTORNEY

BY:   *s/ TAMARA A. JARRETT*
          TAMARA A. JARRETT
          Georgia Bar No. 389629
          Assistant United States Attorney
          United States Attorney's Office
          Middle District of Georgia
          Post Office Box 1702
          Macon, Georgia 31202
          Telephone: (478) 752-3511
          Email: tamara.jarrett@usdoj.gov