# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** v. **KEN STERLING,** *Defendant.* | **CRIMINAL ACTION NO. 3:19-cr-00026-TES-CHW-1** |

## ORDER GRANTING MOTION TO DISMISS INDICTMENT

Before the Court is the Government's Motion to Dismiss [Doc. 227] the Indictment [Doc. 1] as to Defendant Ken Sterling pursuant to Federal Rule of Criminal Procedure 48(a). [Doc. 227, p. 1]. As reason for its dismissal, the Government indicates that Defendant Sterling "remains incompetent to stand trial due to his refusal to take the medication necessary to restore him to competency." [*Id.*]. Further, the Government states that its "interest in prosecuting . . . Defendant[] [Sterling's] case does not rise to the level required to request the Court [to] order involuntary medication of . . . Defendant [Sterling]." [*Id.*]. Having reviewed it, the Court finds good cause exists to grant the Government's Motion to Dismiss [Doc. 227]. Accordingly, pursuant to Rule 48(a), the Indictment [Doc. 1] against Defendant Ken Sterling is **DISMISSED**.

**SO ORDERED**, this 17th day of April, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**